ACCEPTED
14-14-00755-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 9:18:33 AM
CHRISTOPHER PRINE
CLERK

# MILLSSHIRLEY L.L.P.

GEORGE W. VIE III
PARTNER
gvie@millsshirley.com
Direct Dial (409) 761-4032 or
(713) 571-4232

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/14/2015 9:18:33 AM

CHRISTOPHER A. PRINE
Clerk

May 14, 2015

Re:     Case No. 14-14-00755-CV; *Kelley Street Associates, LLC v. United Fire and Casualty* – In the Fourteenth Court of Appeals, Houston, Texas

---

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
Harris County 1910 Courthouse
301 Fannin, Suite 245
Houston, TX 77002

Dear Mr. Prine:

I will be presenting oral argument on May 20, 2015, at 2 p.m. for appellee.

Sincerely,

*/s/ George W. Vie III*

State Bar No. 20579310

GWV/kc

cc:

Via E-mail
H. Miles Cohn
Crain Caton & James
1401 McKinney, 1700
Houston, TX 77010-4035